OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

2/5/2015

MASSIE, STEVEN GLEN   Tr. Ct. No. 88-08-00468-CR(2)

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

STEVEN GLEN MASSIE
ELLIS I UNIT - TDC # 503349
1697 FM 980
HUNTSVILLE, TX 77343

UTF

02 1R
0006557458
UNITED STATES POSTAGE
$00.26⁵
FEB 13 2015
PITNEY BOWES
WR=74,841-02
FROM ZIP